11122.  FICKLEN *et al. v.* ELBERTON & EASTERN
RAILROAD CO.

Where in an action for damages on account of the closing of ways
of entrance to certain lands by the construction of a railroad it ap-
peared, from evidence of the plaintiffs, that the passageway closed
was not a private way or public road as defined by law, and that
there was still a way to cross the railroad and reach the lands of the
plaintiffs, though not as convenient as the one closed, and that in
condemnation proceedings before the railroad was built, damages as
to the same lands were assessed in favor of the plaintiffs against the
railroad company, the court did not err in granting a nonsuit.

DECIDED MARCH 2, 1920.

Action for damages; from Wilkes superior court — Judge Walker.
November 3, 1919.

*Carroll D. Colley, Clement E. Sutton,* for plaintiffs.

*W. A. Slaton,* for defendant.

LUKE, J.  The plaintiffs sued the railroad company for damages,
alleging that they had been damaged by reason of the construction
of a railroad across their land and the enclosing of certain claimed
ways of entrance thereto, etc.  At the conclusion of the plaintiffs'
evidence the court granted a nonsuit, and upon this judgment error
is assigned.  An examination of the evidence shows that the plain-
tiffs were inconvenienced by reason of the railroad embankment
and the closing of a certain passageway, which, however, was not
a private way or a public road as defined by law, and that there is
a way to get across the railroad and reach the lands of the plaintiffs,
though not as convenient as one would wish.  But before the railroad
was built, condemnation proceedings were had, and the plaintiffs'
damages were, by a verdict of a jury in the superior court upon an
appeal from the return of the assessors in the condemnation pro-
ceeding, assessed as to the very lands now giving rise to the claim
for damages.  We see no error in the nonsuit.  See *Cox* v. *E. T. &c
Railroad,* 68 *Ga.* 446; Civil Code (1910), § 807.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*